| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELIZABETH FIRER |
| 4 | Special Assistant United States Attorney |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSTY McCORD,              )<br>                             )<br>     Plaintiff,             )<br>                             )<br>          v.                )<br>                             )<br>MICHAEL J. ASTRUE,           )<br>Acting Commissioner of       )<br>Social Security,             )<br>                             )<br>     Defendant.              )<br>_____) | CIVIL NO. 1:08-CV-00764 GSA<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 25 days to respond to Plaintiff's motion for summary judgment, up to and including April 24, 2009. Due to an inadvertent mis-communication when this case was transferred to the undersigned counsel for Defendant on March 5, 2009, she was unaware that a brief was due until April 2, 2009. Because of her heavy workload and upcoming work-related travel, Defendant's counsel will not be able to complete the brief before April 24th.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

| | |
|---|---|
| | Respectfully submitted, |
| | */s/Denise Bourgeois Haley* |
| Dated: April 2, 2009, | _____ |
| | Denise Bourgeois Haley |
| | (as authorized on April 2, 2009) |
| | Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 2, 2009, | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| By: | /s/ *Elizabeth Firer* |
| | _____ |
| | Elizabeth Firer |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

IT IS SO ORDERED.

**Dated: April 2, 2009**      **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE