1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
                             FRESNO DIVISION
11

12 PATSTY McCORD,                    )
                                     )
13         Plaintiff,                )   CIVIL NO. 1:08-CV-00764 GSA
                                     )
14         v.                        )   STIPULATION AND ORDER TO EXTEND
                                     )   TIME
15 MICHAEL J. ASTRUE,                )
   Acting Commissioner of            )
16 Social Security,                  )
                                     )
17         Defendant.                )
                                     )
18 _____  )

19     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have a second extension of time of 34 days to respond to Plaintiff's

21 motion for summary judgment, up to and including May 26, 2009. Upon further review of the record,

22 the undersigned counsel for Defendant believes this matter may be appropriate for voluntary remand and

23 needs additional time to consult her client in order to effectuate that process.

24 ///

25 ///

26 ///

27 ///

28 ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 24, 2009,

*/s/Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
(as authorized on April 24, 2009)
Attorney at Law

Attorney for Plaintiff

Dated: April 24, 2009,
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   April 27, 2009**           **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE