IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY RUTH McCORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | 1:08-cv-00764 GSA <br><br> ORDER REGARDING STIPULATION <br> FOR VOLUNTARY REMAND AND <br> DISMISSAL <br><br> (Document 22) |

Plaintiff filed her complaint in this action on June 3, 2008. (Doc. 1.) Plaintiff sought judicial review of a decision of the Commissioner of Social Security (Commissioner) finding that Plaintiff was not entitled to disability insurance benefits pursuant to Title II of the Social Security Act. The summons and complaint were served on the Commissioner on June 5 and July 17, 2008. (Docs. 7 & 9.) The parties consented to the jurisdiction of the United States Magistrate Judge. (Docs. 8 & 11.) On August 4, 2008, the action was reassigned for all purposes to Magistrate Judge Gary S. Austin. (Doc. 12.) The administrative record was lodged with the Court on November 17, 2008. (Docs. 14-15.) On February 23, 2009, Plaintiff filed her opening brief. (Doc. 16.) Thereafter, the Commissioner was permitted two extensions of time within which to respond to Plaintiff's brief. (Docs. 19 & 21.)

//

1

On May 26, 2009, the parties filed a Stipulation and Proposed Order of Voluntary Remand and Dismissal of Case With Directions to Clerk to Enter Judgment. (Doc. 22.) More particularly, remand is sought pursuant to sentence four of 42 U.S.C. § 405(g).

**DISCUSSION**

The parties agree that Plaintiff shall be permitted a new hearing and decision. At the rehearing, the Administrative Law Judge (ALJ) shall properly evaluate Plaintiff's alleged mental impairments, and as necessary, obtain vocational expert testimony with respect to all limitations warranted by the record. The ALJ shall reach a determination based on substantial evidence, with clarification of any inconsistencies found.

Additionally, on October 29, 2007, Plaintiff filed a subsequent claim under Title II and the State agency found Plaintiff disabled as of October 24, 2007. The Appeals Council has considered evidence of this subsequent determination. Upon remand, the Appeals Council will affirm such determination. The ALJ is directed to issue a new decision on the issue of disability prior to October 24, 2007.

It was further stipulated that the administrative decision be hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(b) of the Federal Rules of Civil Procedure, pursuant to *Shalala v. Schaefer*, 509 U.S. 292, 113 S. Ct. 2625 (1993).

**ORDER**

Based on the foregoing, the stipulation for voluntary remand pursuant to sentence four of section 405(g) of Title 42 of the Social Security Act is GRANTED. Accordingly, the Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff Patsy Ruth McCord and against Defendant Michael J. Astrue, Commissioner of Social Security.

IT IS SO ORDERED.

**Dated:  May 27, 2009**         **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

3