1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670

4  Tel.: (562) 868-5886
   Fax: (562) 868-5491
5  E-mail: rohlfing_office@msn.com

6  Attorneys for Plaintiff

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11
   PATSY RUTH MCCORD,            ) Case No.:  1:08 -CV-00764 GSA
12                               )
               Plaintiff,        ) STIPULATION FOR THE AWARD
13                               ) AND PAYMENT OF ATTORNEY
        vs.                      ) FEES PURSUANT TO THE EQUAL
14                               ) ACCESS TO JUSTICE ACT, 28 U.S.C.
   MICHAEL J. ASTRUE,            ) § 2412(d)
15 Commissioner of Social Security, )
                                 )
16             Defendant.        )
                                 )
17

18        IT IS HEREBY STIPULATED by and between Plaintiff Patsy Ruth

19 McCord ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of

20 Social Security ("Defendant"), collectively as the "parties," through their

21 undersigned attorneys, subject to the approval of the Court, that Denise Bourgeois

22 Haley, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and

23 expenses under the EAJA in the amount of three thousand nine hundred dollars and

24 no cents ($3,900.00).  This amount represents compensation for all legal services

25 rendered by Denise Bourgeois Haley on behalf of Plaintiff in connection with this

26 civil action, in accordance with 28 U.S.C. § 2412(d).

                                    -1-

1    The stipulation is entered into for the sole purpose of settling all disputed

2  claims regarding EAJA and avoiding the expenses and risks of litigation. This

3  stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

4  attorney fees, costs, and expenses.  This stipulation does not constitute an

5  admission of liability on the part of Defendant under the EAJA.  This stipulation

6  does not settle, or compromise the question of whether Denise Bourgeois Haley

7  may be, is, or should be the direct payee of an award of fees, costs, and expenses

8  under the EAJA in the absence or presence of an express or implied assignment of

9  such an award nor whether any such award is free from or subject to debts of

10  Plaintiff, if any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to

11  any issue regarding the applicability of the Assignment of Claims Act, 31 U.S.C. §

12  3727.

13    Neither this agreement nor the substance herein shall, in full or in part, be

14  quoted, cited or referred to in any document filed in any case but the present one

15  and it shall not, in full or in part, be attached to any document filed in any case but

16  the present one.

17    Payment of three thousand nine hundred dollars and no cents ($3,900.00) in

18  EAJA attorney fees, costs, and expenses to Denise Bourgeois Haley as assignee of

19  Plaintiff shall constitute a complete release from and bar to any and all claims

20  Plaintiff may have relating to EAJA fees in connection.  Any payment shall be

21  made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to

22  Plaintiff's counsel.

23  ///

24  ///

25  ///

26

1    This award is without prejudice to the rights of Plaintiff's counsel to seek

2 Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions

3 of the EAJA.

4

Respectfully submitted,                 Law Offices of Lawrence D. Rohlfing

5

6

DATE: August 21, 2009          BY: */s/ Denise Bourgeois Haley*
7                                              DENISE BOURGEOIS HALEY
                                              Attorney for plaintiff
8

9

10 Respectfully submitted,              LAWRENCE G. BROWN
                                              United States Attorney
11

12

13 DATED: August 20, 2009             */s/ Elizabeth Firer*
                                              ELIZABETH FIRER
14                                            Special Assistant United States Attorney
                                              Attorneys for Defendant
15                                            [* Per email authorization on 08/20/2009]

16

17

18

19

20

21

22

23

24

25

26

1   Denise Bourgeois Haley
    Attorney at Law: 143709
2   Law Offices of Lawrence D. Rohlfing
    12631 E. Imperial Highway, Suite C-115
3   Santa Fe Springs, California 90670
    Tel.: (562) 868-5886
4   Fax: (562) 868-5491
    E-mail: rohlfing_office@msn.com
5
    Attorneys for Plaintiff
6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PATSY RUTH MCCORD,                  )  Case No.: 1:08 -CV-00764 GSA
                                        )
12          Plaintiff,                  )  ORDER AWARDING EQUAL
                                        )  ACCESS TO JUSTICE ACT
13      vs.                             )  ATTORNEY FEES PURSUANT TO
                                        )  28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
15                                      )
            Defendant.                  )
16  _____ )

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20  rights, the amount of three thousand nine hundred dollars and no cents ($3,900.00),

21  as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

22  Stipulation. **IT IS SO ORDERED.**

23  DATE:   August 21, 2009            /s/ Gary S. Austin
                                       United States Magistrate Judge
24

25

26

                                    -4-