Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Patsy Ruth McCord

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATSY RUTH McCORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:08-CV-00764 GSA<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)** |

　　On February 8, 2012, Plaintiff's counsel filed a Motion for attorney fees pursuant to Title 42 of the United States Code section 406(b).  (Doc. 27.)

　　On February 9, 2012, the Court issued a minute order requiring any opposition to Plaintiff's motion be filed no later than March 9, 2012.  (Doc. 28.) To date, no opposition has been filed, nor has the Commissioner filed a Notice of Non-Opposition as directed.  (Doc. 28.)

　　In light of the lack of any opposition, and upon review of the relevant pleadings, this Court hereby awards Denise Bourgeois Haley, attorney for Plaintiff

-1-

1  Patsy Ruth McCord, attorney fees pursuant to section 406(b) of Title 42 of the
2  United States Code in the amount of $ 10,000.00.
3      Further, it is noted that the Commissioner previously paid $ 3,900.00 in
4  Equal Access to Justice Act ("EAJA") fees. (Doc. 26.) Accordingly, the Court
5  hereby orders counsel to reimburse Patsy Ruth McCord the sum of $3,900.00.
6  (*See* Doc. 27 at 7.)

IT IS SO ORDERED.

   Dated:   **March 27, 2012**             /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE